No. 251. GEORGE J. TWOHY, EXECUTOR, ETC., *v.* E. J. DORAN, COMMISSIONER OF THE REVENUE, ET AL. Error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted December 22, 1919. Decided January 5, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. George Mason Dillard* for plaintiff in error. *Mr. J. D. Hank, Jr.,* and *John R. Saunders* for defendants in error.

---

No. 239. W. W. HARRIS *v.* STATE OF KANSAS. Error to the Supreme Court of the State of Kansas. Motion to dismiss submitted January 5, 1920. Decided January 12, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd,* 240 U. S. 240, 241; *Bilby* v. *Stewart,* 246 U. S. 255, 257. *Mr. Joseph G. Waters* for plaintiff in error. *Mr. Richard J. Hopkins* for defendant in error.